No. 81–6504. MAXWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6507. BOYDEN v. SMITH, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–6508. ZAMBITO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–6510. PETERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6514. GREEN v. CARLSON, DIRECTOR, FEDERAL BUREAU OF PRISONS. C. A. D. C. Cir. Certiorari denied.

No. 81–6515. NICKERSON v. WRIGHT ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–6523. STRINICH v. CLAIRTON SCHOOL DISTRICT. Sup. Ct. Pa. Certiorari denied.

No. 81–6526. BOWLES v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 81–6539. FINCE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–6541. IN RE BAIRD. C. A. 8th Cir. Certiorari denied.

No. 81–6542. HEGWOOD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–6550. AVON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6564. COOK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–6567. LONDON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.